AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00340 |
| ARTHUR JACKMAN | ) Assigned to: Judge Harvey, G. Michael |
|  | ) Assign Date: 3/26/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1512(c)(2) | Obstruction of an Official Proceeding |
| 18 U.S.C. §§ 1752(a)(1) and (2) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority and Engage in Disruptive and Disorderly Conduct |

This criminal complaint is based on these facts:

See the attached affidavit, which is incorporated herein by reference.

☐ Continued on the attached sheet.

*Anthony L. Tomeo, Task Force Officer*
*Federal Bureau of Investigation*

Sworn to before me and signed in my presence.

Date: 03/26/2021

*Judge's signature*

City and state: Washington, D.C.    G. Michael Harvey, United States Magistrate Judge

*Printed name and title*