AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

ARTHUR JACKMAN

*Defendant*

)  Case: 1:21-mj-00340
)  Assigned to: Judge Harvey, G. Michael
)  Assign Date: 3/26/2021
)  Description: COMPLAINT W/ARREST WARRANT
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ARTHUR JACKMAN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstruction of an Official Proceeding
18 U.S.C. §§ 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority and Engage in Disorderly and Disruptive Conduct.

Date: 03/26/2021

*Issuing officer's signature*

Digitally signed by G. Michael Harvey
Date: 2021.03.26 12:08:48 -04'00'

City and state: Washington, D.C.

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/26/21, and the person was arrested on *(date)* 3/30/21
at *(city and state)* Orlando, FL.

Date: 3/30/21

*Arresting officer's signature*

SA James Majerski
*Printed name and title*