AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
ARTHUR JACKMAN

*Defendant*

)
) Case: 1:21-mj-00340
) Assigned to: Judge Harvey, G. Michael
) Assign Date: 3/26/2021
) Description: COMPLAINT W/ARREST WARRANT
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ARTHUR JACKMAN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstruction of an Official Proceeding
18 U.S.C. §§ 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority and Engage in Disorderly and Disruptive Conduct.

Date: 03/26/2021

*Issuing officer's signature*

Digitally signed by G. Michael Harvey
Date: 2021.03.26 12:08:48 -04'00'

City and state: Washington, D.C.

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/26/21, and the person was arrested on *(date)* 3/30/21
at *(city and state)* Orlando, FL.

Date: 3/30/21

*Arresting officer's signature*

SA James Majerski
*Printed name and title*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.  CASE NO. 6:21-mj-1280-DCI

**ARTHUR JACKMAN**

AUSA: Karen Gable

Defense Attorney: Brian Phillips, CJA

| JUDGE: | **DANIEL C. IRICK**<br>United States Magistrate Judge | DATE AND TIME: | **March 30, 2021**<br>2:08-2:25PM<br>17 minutes |
|---|---|---|---|
| Courtroom: | 5C | TOTAL TIME: | |
| DEPUTY CLERK: | N. Rodriguez | REPORTER: | Digital<br>Orlando_Digital_Transcripts<br>@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | Ivette Suarez |

**CLERK'S MINUTES**
**INITIAL APPEARANCE (RULE 5C)**

### Rule 5c – District of Columbia
Case called, appearances made, procedural setting by the Court.
No issue as to competency.
Court advises defendant of his rights.
Government advises defendant of the counts in the Complaint and of the potential penalties.
Defendant requests court appointed counsel; Court appoints Brian Phillips for proceedings in the MDFL.
Government does not seek detention.
Defendant is released with conditions as set forth in the Order Setting Conditions of Release.
Court advises defendant of his rights, including Rule 20 rights.
Court adjourned. (2:22PM)
Court back in session. (2:24PM)
Court advises government of the requirements pursuant to the Due Process Protections Act.
Defendant waives identity hearing and production of warrant.
Defendant requests a preliminary hearing in this district. Hearing to be set by separate notice.
Court adjourned.

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 6:21-mj-1280-DCI |
| Arthur Jackman | ) | |
|  | ) | Charging District's Case No. 1:21-mj-340 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   District of Columbia   .

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☑ a preliminary hearing. in the Middle District of Florida, but reserves his right to a Preliminary Hearing in the District of Columbia.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
  ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   04/16/2021

*Defendant's signature*

*Signature of defendant's attorney*

A. Brian Phillips
*Printed name of defendant's attorney*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS. **CASE NO. 6:21-mj-1280-DCI**

**ARTHUR JACKMAN**

AUSA: Karen Gable

Defense Attorney: Brian Phillips, CJA Counsel

| JUDGE: | **DANIEL C. IRICK**<br>United States Magistrate Judge | DATE AND TIME: | **April 20, 2021**<br>11:02-11:07AM |
|---|---|---|---|
| Courtroom: | 5C | TOTAL TIME: | 5 minutes |
| DEPUTY CLERK: | N. Rodriguez | REPORTER: | Digital<br>Orlando_Digital_Transcripts<br>@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |

**CLERK'S MINUTES**
**HEARING RE PRELIMINARY EXAMINATION**

Case called, appearances made, procedural setting by the Court.
Defense makes oral motion to extend the deadline of the preliminary examination hearing pursuant to Fed. Rules of Crim. Procedure 5.1d.
Court grants motion; preliminary examination deadline extended until May 11, 2021; order to enter.
Government makes oral motion that the Court order defendant to appear in the District of Columbia for an initial appearance on April 23. 2021 at 1:00 PM; Court grants motion; it is So Ordered.
Court adjourned.

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

**UNITED STATES OF AMERICA**

VS.                                                   CASE NO: 6:21-mj-1280-DCI

**ARTHUR JACKMAN**

## APPEARANCE BOND

### Defendant's Agreement

I, Arthur Jackman, (*defendant*), agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

- ☑ to appear for court proceedings;
- ☑ if convicted, to surrender to serve a sentence that the court may impose; or
- ☑ to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(1)     This is an unsecured bond of $25,000.

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.*   I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;
    (2)    the property is not subject to claims, except as described above; and
    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.*   I, the defendant – and each surety- have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me.   I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: March 30, 2021

_____
*Defendant's signature*

_____       _____
*Surety/property owner – printed name*      *Surety/property owner – signature and date*

_____       _____
*Surety/property owner – printed name*      *Surety/property owner – signature and date*

_____       _____
*Surety/property owner – printed name*      *Surety/property owner – signature and date*

CLERK OF COURT

Date: March 30, 2021

_____
, Deputy Clerk

Approved.

Date: March 30, 2021

_____
DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801
www.flmd.uscourts.gov

| | |
|---|---|
| Elizabeth M. Warren<br>Clerk of Court | Benjamin C. Wynn<br>Orlando Division Manager |

**UNITED STATES OF AMERICA**

**VS.**                                                            **CASE NO: 6:21-mj-1280-DCI**

**ARTHUR JACKMAN**

## NOTICE OF SURRENDERED U.S. PASSPORT

To:   U.S. Department of State
      CA/PPT/L/LA
      44132 Mercure Circle
      PO Box 1227
      Sterling, VA 20166-1227

   **PURSUANT** to the Court's order entered on March 30, 2021 in the above styled case, the Defendant's passport, **Number 592414087** was surrendered to the custody of the Clerk of Court on April 1, 2021. The defendant is not permitted to apply for the issuance of another passport during the pendency of this action.

| | |
|---|---|
| Defendant's date of birth: | May 4, 1990 |
| Defendant's place of birth: | Florida, USA |
| Passport issued to: | Arthur Stanley Jackman |
| Date of issuance: | December 20, 2018 |

ELIZABETH M. WARREN, CLERK

By *Tiffany Palmer*
Tiffany Palmer, Deputy Clerk

April 1, 2021

Original to Case File
c:   Counsel and Unrepresented Defendant
     Pretrial Services (if before Judgment)
     Probation Office (if after Judgment)
     Appropriate Agency Listed Above
     Passport Coordinator

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801
www.flmd.uscourts.gov

| | |
|---|---|
| Elizabeth M. Warren<br>Clerk of Court | Benjamin C. Wynn<br>Orlando Division Manager |

**UNITED STATES OF AMERICA**

vs.                                                                                    Our Case No. 6:21-mj-1280- DCI

**ARTHUR JACKMAN**

---

### NOTICE OF TRANSFERRING SURRENDERED PASSPORT
### TO ANOTHER DISTRICT

**PURSUANT** to the Court's order entered in the above styled case, the Defendant's passport was surrendered to the custody of the Clerk of Court. The defendant was ordered to appear in the District of Columbia District Court where the prosecution is pending. The passport is therefore transmitted to your district.

ELIZABETH M. WARREN, CLERK

By *Tiffany Palmer*
Tiffany Palmer, Deputy Clerk

April 1, 2021

c: Passport file

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                       **CASE NO: 6:21-mj-1280-DCI**

**ARTHUR JACKMAN**

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 5(c), FED.R.CRIM.P.

Arthur Jackman, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Complaint from District of Columbia was held on March 30, 2021.

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that ARTHUR JACKMAN is the person named in the warrant for arrest, a copy of which has been produced.

No preliminary hearing has been held because the defendant elects to have the preliminary hearing conducted in the district in which the prosecution is pending.

It is, therefore,

**ORDERED** that ARTHUR JACKMAN be held to answer in the district court in which the prosecution is pending. The Defendant was ordered released on conditions of pretrial release.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on April 20, 2021.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States Attorney
Counsel of Record

Query    Reports    Utilities    Help    What's New    Log Out

BOND

# U.S. District Court
# Middle District of Florida (Orlando)
# CRIMINAL DOCKET FOR CASE #: 6:21-mj-01280-DCI All Defendants

Case title: USA v. Jackman  
Other court case number: 1:21-mj-340 District of Columbia

Date Filed: 03/30/2021  
Date Terminated: 04/20/2021

---

Assigned to: Magistrate Judge Daniel C. Irick

**Defendant (1)**

**Arthur Jackman**  
*TERMINATED: 04/20/2021*

represented by **Brian Phillips**  
Ruden, McClosky, Smith, Schuster & Russell, P.A.  
111 N. Orange Ave., Suite 1750  
Orlando, FL 32801  
407/244-8001  
Email: brian.phillips@phillips-law-firm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: CJA Appointment*

**A. Brian Phillips**  
A. Brian Phillips, PA  
912 Highland Ave  
Orlando, FL 32803  
407-872-0777  
Fax: 407-872-0704  
Email: brian.phillips@phillips-law-firm.com  
*ATTORNEY TO BE NOTICED*

**Pending Counts**  
None

**Disposition**

**Highest Offense Level (Opening)**  
None

**Terminated Counts**  
None

**Disposition**

**Highest Offense Level (Terminated)**

None

## Complaints

18:1512.F TAMPERING OR DESTRUCTION OF RECORDS AND DOCUMENTS

## Disposition

## Plaintiff

**USA**     represented by     **Karen L. Gable**
US Attorney's Office - FLM*
Suite 3100
400 W Washington St
Orlando, FL 32801
407/648-7500
Email: karen.gable@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/30/2021 | 1 | Arrest pursuant to Rule 5(c)(2) of Arthur Jackman from the District of Columbia. (Attachments: # 1 Complaint, # 2 Order to Seal)(RN) (Entered: 03/30/2021) |
| 03/30/2021 | 2 | Minute Entry for In Person proceedings held before Magistrate Judge Daniel C. Irick: INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 3/30/2021 as to Arthur Jackman from the District of Columbia. (Digital) (RN) (Entered: 03/30/2021) |
| 03/30/2021 | 3 | ***CJA 23 Financial Affidavit by Arthur Jackman. (RN) (RN). (Entered: 03/30/2021) |
| 03/30/2021 | 4 | **ORDER Setting Conditions of Release as to Arthur Jackman. Signed by Magistrate Judge Daniel C. Irick on 3/30/2021. ctp(RN)** (Entered: 03/31/2021) |
| 03/30/2021 | 6 | Unsecured Appearance BOND entered as to Arthur Jackman in amount of $ 25,000. (RN) (Entered: 04/01/2021) |
| 03/31/2021 | 5 | **ORDER of Appointment of CJA Counsel as to Arthur Jackman: Appointment of Attorney Brian Phillips. Signed by Magistrate Judge Daniel C. Irick on 3/30/2021. ctp(RN)** (Entered: 03/31/2021) |
| 04/01/2021 | 8 | Receipt for Surrender of Passport as to Arthur Jackman Passport Number 592414087 issued by USA (TNP) (Entered: 04/01/2021) |
| 04/01/2021 | 9 | TRANSFER of passport number 592414087 to District of Columbia District Court via USPS Certified Mail (tracking # 7014 2870 0000 3068 2235) as to Arthur Jackman. Country: USA. (TNP) (Entered: 04/01/2021) |
| 04/01/2021 | 10 | NOTICE OF HEARING as to Arthur Jackman: Preliminary Examination set for 4/20/2021 at 10:00 AM in Orlando Courtroom 5 C before Magistrate Judge Daniel C. Irick. ctp(RN) (Entered: 04/01/2021) |
| 04/15/2021 | 11 | NOTICE OF RESCHEDULING HEARING (AS TO TIME ONLY): The Preliminary Examination hearing previously scheduled for 4/20/21 is rescheduled as to Arthur Jackman. New hearing time: Preliminary Examination set for 4/20/2021 at 11:00 AM in |

| | | |
|---|---|---|
| | | Orlando Courtroom 5 C before Magistrate Judge Daniel C. Irick. ctp(RN) (Entered: 04/15/2021) |
| 04/16/2021 | 12 | WAIVER of Rule 5 & 5.1 Hearings hearing by Arthur Jackman. (Phillips, A.) (Entered: 04/16/2021) |
| 04/19/2021 | 13 | **ENDORSED ORDER as to Arthur Jackman re 12 Waiver of Rule 5 / 5.1 Hearing filed by Arthur Jackman. Fed.R.Crim.P. 5.1(c) requires that, absent waiver of the hearing, the Court "must" hold a preliminary hearing "not later than 21 days if [the defendant is] not in custody." Thus, the hearing must be held by 4/20/2021, and remains scheduled here. To the extent the Defendant attempts on the eve of the hearing to cancel the hearing but to preserve the right to hold the hearing in another district at a time that would be in violation of Rule 5.1(c) by typing additional text into the standard waiver form, that request is denied. Signed by Magistrate Judge Daniel C. Irick on 4/19/2021. (Irick, Daniel)** (Entered: 04/19/2021) |
| 04/20/2021 | 14 | Minute Entry for In Person proceedings held before Magistrate Judge Daniel C. Irick: Hearing held re Preliminary Examination on 4/20/2021 as to Arthur Jackman. (Digital) (RN) (Entered: 04/20/2021) |
| 04/20/2021 | 15 | ORAL MOTION to Extend deadline for preliminary examination hearing pursuant to Fed. Rules of Criminal Procedure 5.1(d), by Arthur Jackman. (RN) (Entered: 04/20/2021) |
| 04/20/2021 | 16 | **ORAL ORDER granting 15 Motion to Extend deadline for preliminary examination hearing pursuant to Fed. Rules of Criminal Procedure 5.1(d) as to Arthur Jackman (1). Deadline extended until May 11, 2021. Signed by Magistrate Judge Daniel C. Irick on 4/20/2021. (RN)** (Entered: 04/20/2021) |
| 04/20/2021 | 17 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the District of Columbia as to Arthur Jackman. Signed by Magistrate Judge Daniel C. Irick on 4/20/2021.** ctp(RN) (Entered: 04/20/2021) |
| 04/20/2021 | | NOTICE to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Arthur Jackman regarding your case number: 1:21-mj-340. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (RN) (Entered: 04/20/2021) |