IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 21-CR-378 (TJK) |
| v. | MAGISTRATE NO. 21-MJ-340 |
| | MAGISTRATE NO. 21-MJ-330 |
| ARTHUR JACKMAN, | |
| PAUL RAE, | VIOLATIONS: |
| EDWARD GEORGE, JR., | 18 U.S.C. §§ 1512(c)(2), 2 |
| KEVIN A. TUCK, and | (Obstruction of an Official Proceeding) |
| NATHANIEL A. TUCK, | 18 U.S.C. § 1752(a)(1) |
| (also known as "Nathan" and "Tito"), | (Entering and Remaining in a Restricted Building or Grounds) |
| Defendants. | 18 U.S.C. § 1752(a)(2) |
| | (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) |
| | 40 U.S.C. § 5104(e)(2)(B) |
| | (Entering and Remaining in the Gallery of Congress) |
| | 40 U.S.C. § 5104(e)(2)(D) |
| | (Disorderly Conduct in a Capitol Building) |
| | 40 U.S.C. § 5104(e)(2)(G) |
| | (Parading, Demonstrating, or Picketing in a Capitol Building) |
| | 18 U.S.C. § 231(a)(3) |
| | (Civil Disorder) |
| | 18 U.S.C. § 111(a)(1) |
| | (Assaulting, Resisting, or Impeding Certain Officers) |
| | 18 U.S.C. §§ 641, 2 |
| | (Theft of Government Property) |

**ORDER**

This matter having come before the Court pursuant to the application of the United States to seal the Superseding Indictment, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution and the destruction of or tampering with evidence, the United States has established that a compelling governmental interest exists to

justify the requested sealing.

1.     IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the Superseding Indictment and other related materials, the instant motion to seal, and this Order are sealed until the arrest warrants are executed.

2.     IT IS FURTHER ORDERED that the United States may reference and disclose the existence of the Superseding Indictment and Arrest Warrants in its anticipated under seal applications for search warrants relating to this matter.

3.     IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrants until they are executed.

Date: July 7, 2021

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE