

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

August 3, 2021

Eugene Ohm
Federal Public Defender for the District of Colombia
625 Indiana Ave. NW
Washington D.C. 20004
<u>Email</u>: Eugene_Ohm@fd.org

      Re:    *United States v. Arthur Jackman*
             Case No. 21-CR-378 (TJK)

Dear Mr. Ohm:

      We are writing to provide you with preliminary discovery in this case through USAFx. This material is subject to the terms of the Protective Order issued in this case. The discovery is unencrypted.  Please contact me if you have any issues accessing the information.  ***All files uploaded to USAFx will automatically be deleted after 60 days per the automatic retention policy in place.  Please download the files before then.***

      Note that all these files and their related physical attachments are currently being formally processed for discovery by the discovery team assigned to the Capitol Riots cases. As such, the same files will be re-produced with bates-stamps at a later date. Nevertheless, we wanted to provide you what we can now as we wait for this processing to be finalized.

      The transcript of the May 26, 2021 grand jury transcript as well as the following materials are designated as SENSITIVE under the protective order in this case:

      0176-TP-3379197_0000011_Redacted.pdf
      0176-TP-3379197_0000011_1A0000003_0000001_Redacted.pdf
      0176-TP-3379197_0000011_1A0000003_0000002_Redacted.pdf
      0176-TP-3379197_0000044.pdf
      0176-TP-3379197_0000044_1A0000012_0000001_PHYSICAL.pdf
      0176-TP-3379197_0000044_1A0000013_0000001.docx

The United States Capitol Police surveillance video as well as the following materials are designated as HIGHLY SENSITIVE under the protective order in this case:

0176-TP-3379197_0000027.pdf
0176-TP-3379197_0000027_1A0000017_0000001.pdf
0176-TP-3379197_0000027_1A0000017_0000002.pdf

I will forward additional discovery as it becomes available.  If you have any questions, please feel free to contact me.

Sincerely,


Nadia Moore
William Dreher
Christopher Veatch
Assistant United States Attorneys

Enclosure(s)

**Exhibit A:**

0176-TP-3379197_0000011_Redacted.pdf
0176-TP-3379197_0000011_1A0000003_0000001_Redacted.pdf
0176-TP-3379197_0000011_1A0000003_0000002_Redacted.pdf
0176-TP-3379197_0000027.pdf
0176-TP-3379197_0000027_1A0000017_0000001.pdf
0176-TP-3379197_0000027_1A0000017_0000002.pdf
0176-TP-3379197_0000040.pdf
0176-TP-3379197_0000040_1A0000027_0000001_PHYSICAL.pdf
0176-TP-3379197_0000044.pdf
0176-TP-3379197_0000044_1A0000012_0000001_PHYSICAL.pdf
0176-TP-3379197_0000044_1A0000013_0000001.docx
May 26, 2021 Grand Jury exhibits 1 – 19
Transcript of May 26, 2021 grand jury transcript
25 body worn camera files
One additional USCP video

## Capitol Video Production Index
(as of August 3, 2021)

| Title | Bates | Description |
|---|---|---|
| ABQ Raw 31 Minute youtube.com watch v=YONAuAesjAY | CAPVID_00001 | 31:00 video showing scenes outside Capitol grounds, breach of First Street barricades, stairs near inauguration stage |
| ABQ Raw 9 minute youtube.com watch v=oYxKioXhve0 | CAPVID_00002 21CR175_00001498 | 9:52 video showing breach of First Street barricades, breach of west plaza |
| ABQ Raw Anatomy of a Riot youtube.com | CAPVID_00003 21CR175_00001499 | 30:41 video schewing scenes outside the Capitol grounds, breach of the First Street gate, breach of the west plaza, violence on the west plaza and the lower west terrace. |
| ABQ Raw People Storm the Capitol youtube.com | CAPVID_00004 | 18:24 video showing breach of the First Street barricades, breach of the west plaza, and violence on west plaza and lower west terrace |
| Banned-Video What REALLY Happen at the Capitol | CAPVID_00005 | 1:28:30 video showing scenes from the west plaza and lower west terrace |
| BG on the Ground - Trump Supporters Storm US Capitol in DC youtube.com | CAPVID_00006 | 1:35 video from upper west terrace, showing Dominic Pezzola breaking Capitol window with a riot shield |

| Title | Bates | Description |
|---|---|---|
| Block Video | CAPVID_00007 21CR175_00001497 | 1:40:41 video showing Proud Boy march |
| BREAKING_ Trump Supporters Breach Barriers and Storm Capitol | CAPVID_00008 | 1:25:40 video showing breach of First Street gate, breach of west plaza, violence on west plaza |
| Capitolhunters walking outside capitol twitter.com | CAPVID_00009 | :10 video from the Capitol grounds, including Arthur Jackman |
| Channel 4 News Proud boys leader will continue to happen youtube | CAPVID_00010 | 10:10 video that aired on the BBC after the events of January 6.  Features an interview with Tarrio. |
| ElijahSchaffer Twitter assault on the barricades | CAPVID_00011 | 1:41 video showing breach of the First Street barricades |
| Hunting Insurrectionists Columbus Door Parler Videos youtube.com | CAPVID_00012 | 19:53 video that shows scenes on the east side of the Capitol, including the breach of the Columbus doors |
| Hunting Insurrectionists East Columbus Doors 1345 - 1645 youtube.com | CAPVID_00013 | 2:59:59 video that shows scenes from the east side of the Capitol from multiple angles, including the breach of the Columbus doors.  Includes footage from inside the Capitol as wel. |
| Hunting Insurrectionists Joe Biggs Timeline youtube.com | CAPVID_00014 | 12:09 video showing portions of the Proud Boys march from Washington Monument to the Capitol, the breach of the First Street barricades, the upper west terrace, and the Columbus doors |
| Hunting Insurrectionists youtube | CAPVID_00015 | 13:44 video showing Proud Boys near the food trucks, the breach of the First Street Barricades, multiple angles of the breach of the west plaza, video from the west plaza, and from the east side of the Capitol, including the breach of the Columbus doors |
| Hunting Insurrectionists Terrorist breach the West Barricades youtube.com | CAPVID_00016 | 24:43 video that shows multiple angles of the breach of the First Street barricades, the breach of the barricades outside the west plaza, and rioting on the west plaza |
| Hunting Insurrectionists Terrorist break into Capitol multiple angles youtube.com | CAPVID_00017 | 5:12 video featuring multiple videos showing the breach of the Capitol building on the west side and rioters' confrontation with Officer Eugene Goodman |

| Title | Bates | Description |
|---|---|---|
| Insurgence full video seige on Capitol youtube.com | CAPVID_00018 | 1:26:25 video, featuring footage from outside the Capitol grounds, the west plaza, the stairs under the Inauguration stage, the upper west terrace, and inside the Capitol |
| Miami Proudboy - MoSD brief youtube.mp4 | CAPVID_00019 | 1:38:03 video from December 30, 2020, featuring Enrique Tarrio, Joe Biggs, Zach Rehl, and others describe the Ministry of Self Defense |
| Nabert Biggs timeline twitter | CAPVID_00020 | 2:18 video from the west plaza with defendant Biggs circled in multiple shots. |
| Nabert BulgePB twitter.com | CAPVID_00021 | 1:00 video from outside on the Capitol grounds |
| Nigrotime Capitol Riots Raw Footage youtube.com | CAPVID_00022 | 42:56 video showing areas outside the Capitol grounds, the lower west plaza, the stairs under and around the inauguration stage, the east side of the Capitol, and inside the building |
| Nigrotime The US Capitol Breach as it happened youtube.com | CAPVID_00023 | 7:17 video showing scenes from the east side of the Capitol, including breach of the Columbus doors and inside the Capitol |
| Nine_niall Twitter subjects entering.mp4 | CAPVID_00024 | :33 video from the upper west terrace |
| Propublica Parler 1253 Near Capitol - Breaching Fence | CAPVID_00025 | :29 video showing breach of fencing on First Street |
| Propublica Parler 1357 Near Capitol Barricades Being Removed | CAPVID_00026 | 2:20 video showing barricades breached on east side of Capitol |
| Propublica Parler 1406 Near Capitol Pushing Past Police Line | CAPVID_00027 | :30 video from east side of Capitol |
| Propublica Parler 1411 Near Capitol Pushing up Scaffolding | CAPVID_00028 | 1:03 video from scaffolding under Inauguration stage |
| Propublica Parler 1412 Near Capitol Reaching Walls and Banging on Windows | CAPVID_00029 | :29 video from upper west terrace |
| Propublica Parler 1413 Near Capitol - Radio | CAPVID_00030 | 1:54 video form west plaza |

| Title | Bates | Description |
|---|---|---|
| Propublica Parler 1413 Near Capitol - Windows | CAPVID_00031 | :15 video showing breaking of Capitol window with riot shield |
| Propublica Parler 1414 Inside the Capitol | CAPVID_00032 | :35 video showing rioters entering Capitol, including Biggs |
| Propublica Parler 1415 Inside the Capitol | CAPVID_00033 | 1:48 video showing rioters entering Capitol, including Biggs |
| Propublica Parler 1501 inside the Capitol | CAPVID_00034 | :05 video from inside the Rotunda |
| Propublica Parler 1512 Inside the Capitol | CAPVID_00035 | :50 video from inside the Capitol |
| realJamesKlug Twitter Klein brothers breach door | CAPVID_00036 | 1:00 video showing breach of Capitol door |
| realJamesKlug Twitter Klein brothers breach door part 2 | CAPVID_00037 | :38 video showing attempted breach of Capitol door |
| RFIRN Eastside Capitol Building youtube.com. | CAPVID_00038 | 1:07:59 video showing scenes from the east side of the Capitol, including breach of the Columbus doors |
| SRM Pro Trump Protestors Beat Police Officer youtube.com | CAPVID_00039 | 2:31 video including senes from the lower west terrace and tunnel entrance to the crypt. |
| SRM Scenes of Chaos outside US Capitol youtube.com | CAPVID_00040 | 29:22 video including scenes from the lower west terrace and tunnel entrance to the crypt. |
| The Sun Live Stream youtube.com.mp4 | CAPVID_00041 | 1:59:24 video showing the east side of the Capitol, including Proud Boys march |
| washingtondc theellipse live irl LIVE in DC where Trump has called in the PATRIOTS | CAPVID_00042 21CR175_00001496 | 3:30:00 video showing scenes outside Capitol grounds, Proud Boys near the food trucks, |
| Video showing breach and Pezzola shield carry | CAPVID_00043 21CR175_00001495 | 1:21:17 video showing breach of First Street gate and entry onto Capitol grounds; Donohoe, Pezzola, and Greene at 33:19 |
| IMG_9475.MOV | CAPVID_00044 | 0:01 video (Biggs Google Return) |
| IMG_9476.MOV | CAPVID_00045 | 0:56 video depicting pedestrian walkway (Biggs Google Return) |
| IMG_9477.MOV | CAPVID_00046 | 0:42 video depicting west plaza (Biggs Google Return) |
| IMG_9481.MOV | CAPVID_00047 | 0:18 video depicting west plaza (Biggs Google Return) |

6

| Title | Bates | Description |
|---|---|---|
| IMG_9483.MOV | CAPVID_00048 | 0:21 video depicting west plaza (Biggs Google Return) |
| IMG_9492.MOV | CAPVID_00049 | 0:42 video depicting west plaza (Biggs Google Return) |
| IMG_9495.MOV | CAPVID_00050 | 0:08 video depicting west plaza (Biggs Google Return) |
| IMG_9496.MOV | CAPVID_00051 | 0:58 video depicting west plaza (Biggs Google Return) |
| IMG_9508.MOV | CAPVID_00052 | 0:15 video depicting west side of Capitol lawn; Biggs selfie (Biggs Google Return) |
| IMG_9531.MOV | CAPVID_00053 | 0:09 video depicting east plaza (Biggs Google Return) |
| IMG_9573.MOV | CAPVID_00054 | 0:19 video depicting television coverage of vote count (Biggs Google Return) |
| 4104714703243710000.mp4 | CAPVID_00055 | 0:13 video depicting protestors entering grounds (Biggs Google Return) |
| camvideo_5702bda6.mp4 | CAPVID_00056 | 0:06 video Biggs selfie at Washington Monument (Biggs Google Return) |
| IMG_1538 | CAPVID_00057 | :21 video showing banner on ground near Washington Monument |
| IMG_1539 | CAPVID_00058 | 1:10 video showing crowd near Washington Monument |
| IMG_1540 | CAPVID_00059 | 1:52 video showing crowd near Washington Monument and National Museaum of African American History and Culture |
| IMG_1542 | CAPVID_00060 | :30 video showing members of the Oath Keepers |
| IMG_1543 | CAPVID_00061 | :20 video showing members of the Oath Keepers |
| IMG_1544 | CAPVID_00062 | :26 video showing member of the Proud Boys and others near the instersection of 2nd St and Constitution Ave NW |
| IMG_1545 | CAPVID_00063 | :18 video showing members of the Proud Boys and others marching near the intersection of Constitution and First Street NW |
| IMG_1546 | CAPVID_00064 | :05 video of Proud Boys and others marching near the Peace Monument |
| IMG_1547 | CAPVID_00065 | :38 video of Proud Boys and others congregating near the Peace Monument |

| Title | Bates | Description |
|---|---|---|
| IMG_1548 | CAPVID_00066 | :12 video of crowd gathered near the Peace Monument |
| IMG_1549 | CAPVID_00067 | 9:26 video of crowd advancing from Peace Monument to barriers, overwhelming police and toppling barriers, advancing up pedestrian walkway to Capitol, and filling west plaza |
| IMG_1550 | CAPVID_00068 | :06 selfie video on the west plaza |
| IMG_1551 | CAPVID_00069 | 2:07 video on the west plaza |
| IMG_1552 | CAPVID_00070 | :26 video on the west plaza |
| IMG_1553 | CAPVID_00071 | :22 video on the west plaza |
| IMG_1554 | CAPVID_00072 | :05 video on the west plaza |
| IMG_1555 | CAPVID_00073 | :25 video on west plaza |
| IMG_1556 | CAPVID_00074 | :10 video on west plaza |
| IMG_1557 | CAPVID_00075 | :27 video on west plaza |
| IMG_1558 | CAPVID_00076 | :23 video on west plaza |
| IMG_1559 | CAPVID_00077 | :26 video on west plaza |
| IMG_1560 | CAPVID_00078 | :05 video on west plaza |
| IMG_1561 | CAPVID_00079 | 4:45 video on west plaza |
| IMG_1562 | CAPVID_00080 | 7:52 video on west plaza |
| IMG_1563 | CAPVID_00081 | 1:30 video on west plaza |
| IMG_1564 | CAPVID_00082 | 1:34 video on west plaza |
| IMG_1566 | CAPVID_00083 | 3:43 video on west plaza |
| IMG_1568 | CAPVID_00084 | 1:05 video on west plaza |
| IMG_1569 | CAPVID_00085 | :23 video on west plaza |
| IMG_1570 | CAPVID_00086 | :10 video on west plaza |
| IMG_1572 | CAPVID_00087 | 1:37 video on west plaza |
| IMG:1573 | CAPVID_00088 | :08 video on west plaza |
| IMG_1575 | CAPVID_00089 | 4:14 video on west plaza and stairs under Inauguration stage |
| IMG_1576 | CAPVID_00090 | 1:32 video from west plaza and stairs under Inauguration stage |
| IMG_1577 | CAPVID_00091 | 2:07 video from upper west terrace |
| IMG:1578 | CAPVID_00092 | 2:13 video from upper west terrace and inside Capitol |
| IMG_1580 | CAPVID_00093 | 5:23 video from inside Capitol in hallway with Officer Eugene Goodman and others |

| Title | Bates | Description |
|---|---|---|
| IMG_1581 | CAPVID_00094 | :44 video from inside Capitol in hallway with Officer Eugene Goodman and others |
| IMG_1582 | CAPVID_00095 | :06 video from inside Capitol in hallway with Officer Eugene Goodman and others |
| IMG_1583 | CAPVID_00096 | :08 video from inside Capitol in hallway with Officer Eugene Goodman and others |
| IMG_1584 | CAPVID_00097 | :12 video from inside Capitol in hallway with Officer Eugene Goodman and others |
| IMG_1585 | CAPVID_00098 | :19 video from Capitol balcony on east side |
| IMG_1588 | CAPVID_00099 | :07 video from outside east of Capitol |
| IMG_1589 | CAPVID_00100 | :44 video from outside east of Capitol |
| IMG_1592 | CAPVID_00101 | :53 video from outside east of Capitol |
| IMG_1593 | CAPVID_00102 | :49 video from Capitol balcony on east side |
| IMG_1594 | CAPVID_00103 | :23 video from Capitol balcony on east side |
| IMG_1595 | CAPVID_00104 | :09 video from Capitol balcony on east side, facing doors |
| IMG_1596 | CAPVID_00105 | :40 video from Capitol balcony on east side |
| IMG_1597 | CAPVID_00106 | :09 video from Capitol balony on east side, facing doors |
| IMG_1598 | CAPVID_00107 | :06 video from Capitol balcony on east side, facing doors |
| IMG_1599 | CAPVID_00108 | :15 video from Capitol balcony on east side, facing doors |
| IMG_1600 | CAPVID_00109 | :31 video from Capitol balcony on west side, facing doors |
| IMG_1601 | CAPVID_00110 | 2:12 video from Capitol balcony on west side, facing doors |
| IMG_1602 | CAPVID_00111 | :23 video from inside the rotunda |
| IMG_1603 | CAPVID_00112 | 2:26 video from inside the rotunda |
| IMG_1604 | CAPVID_00113 | :18 video from near the rotunda |
| IMG_1606 | CAPVID_00114 | 6:48 video from in/near the rotunda |
| IMG_1607 | CAPVID_00115 | :35 video from near the rotunda |
| IMG_1610 | CAPVID_00116 | :31 video from east balcony of Capitol, facing doors |

| Title | Bates | Description |
|---|---|---|
| IMG_1611 | CAPVID_00117 | :34 video from east balcony of Capitol, facing doors |
| IMG_1612 | CAPVID_00118 | :18 video from east balcony of Capitol, panning crowd |
| IMG_1614 | CAPVID_00119 | :17 video showing broken window on Capitol |
| IMG_1615 | CAPVID_00120 | 2:19 video from east east balcony of Capitol |
| IMG_1616 | CAPVID_00121 | :27 video from outside Capitol on east side |
| IMG_1617 | CAPVID_00122 | :34 video form outside Capitol on east side |
| IMG_1618 | CAPVID_00123 | :43 video from outside Capitol on east side |
| IMG_1619 | CAPVID_00124 | :26 video from outside Capitol on east side |
| IMG_1620 | CAPVID_00125 | :27 video from outside Capitol |