IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No: 21-CR-378 (TJK) |
| | : | |
| **ARTHUR JACKMAN et al,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**NOTICE OF FILING OF DISCOVERY CORRESPONDENCE**

The United States of America, by and through the United States Attorney for the District of Columbia, hereby files its October 21, 2021 discovery letter, memorializing discovery sent on that same day, which is served as an attachment via ECF on counsel for Defendant.

!

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

By:  /s/ Nadia E. Moore
Nadia E. Moore
Assistant United States Attorney (Detailee)
NY Bar No. 4826566
271 Cadman Plaza East
Brooklyn, NY 12001
(718) 254-6362
nadia.moore@usdoj.gov