UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | |
| ) | No.   **21-CR-378 TJK** |
| **PAUL RAE, KEVIN TUCK, and** ) | |
| **NATHANIEL TUCK,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### ORDER

Before the Court is the United States' Motion for a Rule 44 Inquiry.  For the reasons set forth therein, it is hereby

**ORDERED** that _____ is appointed as a conflict attorney to determine whether Mr. Pierce's representation of co-defendants Paul Rae, Kevin Tuck, and Nathaniel Tuck creates a conflict between any of them and Mr. Pierce and, if so, whether the conflict can be waived by the co-defendants.

It is **FURTHER ORDERED** that _____ is authorized to have direct communication with defendants Paul Rae, Kevin Tuck, and Nathaniel Tuck, who are represented parties, regarding matters in which they are represented to determine whether a conflict exists between any codefendant and his counsel.  _____ shall file a status report to the Court by _____, 2022, proposing a schedule to complete the conflicts evaluation and to prepare a written report and recommendation to the Court.

DATE:

_____
HON. TIMOTHY J. KELLY
United States District Judge