UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 1:21-cr-00378-1 (TJK)** |
| v. | : | |
| | : | |
| **ARTHUR STANLEY JACKMAN,** | : | |
| | : | |
| | : | |
| **Defendant** | : | |

### NOTICE OF WITHDRAWL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney, detailee, William Dreher, as counsel for the United States, is terminating his appearance as counsel of records in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
Bar No. 481052

By:  */s/ William Dreher*
WILLIAM DREHER
D.C. Bar No. 1033828
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-4579
william.dreher@usdoj.gov