UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-CR-378 (TJK) |
| | : | |
| ARTHUR JACKMAN *et al.*, | : | |
| | : | |
| Defendants. | : | |

## GOVERNMENT AND DEFENDANT GEORGE'S JOINT MOTION TO AMEND SCHEDULING ORDER

The United States and Defendant Edward George, through their undersigned counsel, hereby move this Court to amend the Scheduling Order (ECF 150) entered into in this case as follows:

- By **March 8, 2024, Defendant George** shall file any dispositive motions or motions to dismiss **Count One**, to include any motions alleging a defect in instituting the prosecution or a defect in the indictment under Federal Rule of Criminal Procedure 12(b)(3)(A) and (B) (the "George 1512 Motion")

- By **March 20, 2024**, the government shall file its opposition to ECF 157, 159, and 162 and the George 1512 Motion;

- By **April 3, 2024**, Defendants (including George) shall file any replies.

Counsel for Defendants Jackman and Rae have authorized undersigned counsel to represent that they are **not opposed** to the request. Counsel for Defendants Tuck and Tuck has not yet responded to the request for their position.

In addition to the requested change set forth above, Defendant George also requests that **Defendant George** be permitted until **April 5, 2024** to file any dispositive motions or motions to dismiss counts other than Count One, to include any motions alleging a defect in instituting the

prosecution or a defect in the indictment under Federal Rule of Criminal Procedure 12(b)(3)(A) and (B); oppositions to any such motions shall be filed by **April 26, 2024**, and replies shall be filed by **May 10, 2024**. The government does not oppose this request.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

By:   /s/   Jason McCullough
       JASON B.A. MCCULOUGH
       D.C. Bar No. 998006; NY Bar No. 4544953
       SAMANTHA R. MILLER
       N.Y. Bar No. 5342175
       Assistant United States Attorneys
       601 D Street, N.W.
       Washington, D.C. 20530
       (202) 252-7233 // jason.mccullough2@usdoj.gov

By:   /s/ George T. Pallas
       GEORGE T. PALLAS, Esq.
       Counsel for Edward George, Jr.
       Bar No: FL0108
       2420 SW 22nd Street
       Miami, FL 33145
       305-856-8580
       george@pallaslaw.com.com