UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-CR-378 (TJK) |
| | : | |
| ARTHUR JACKMAN *et al.*, | : | |
| | : | |
| Defendants. | : | |

**JOINT STATUS REPORT**

In accordance with the Court's Minute Order on January 24, 2024, the parties hereby submit this joint status report. The government and counsel for all five defendants in this case report that they have no issues to bring to the attention of the Court at this time. The government and counsel for all five defendants in this case further report that they remain on track to begin jury trial on September 9, 2024.

In compliance with the Court's Scheduling Order (ECF 150), the government has provided notice of evidence to be introduced under Federal Rule of Evidence 404(b) and has disclosed the details of testimony anticipated from a Senior Digital Forensic Examiner from the FBI (which the government asserts is lay testimony under Federal Rule of Evidence 701, but has nonetheless noticed as expert testimony in an abundance of caution).

At this time, the government and counsel for all five defendants in this case expect to file "any other pretrial motions, including motions *in limine*," by July 1, 2024, in accordance with the Court's Scheduling Order (ECF 150).

The parties respectfully propose to submit an additional joint status report on or before July 15, 2024.

                        Respectfully submitted,

                        MATTHEW M. GRAVES
                        UNITED STATES ATTORNEY
                        D.C. Bar No. 481052

By:    */s/ Jason McCullough*
                        JASON B.A. McCULLOUGH
                        D.C. Bar No. 998006; NY Bar No. 4544953
                        ALEXIS J. LOEB
                        CA Bar No. 269895
                        MONIKA (ISIA) JASIEWICZ
                        DC Bar No. 1024941
                        Assistant United States Attorneys
                        601 D Street, N.W.
                        Washington, D.C. 20530
                        (202) 252-7233 // jason.mccullough2@usdoj.gov