# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ARTHUR JACKMAN,**<br><br>      **Defendant.** | **Crim. Action No. 1:21-cr-378 (TJK)** |

### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Defendant Arthur Jackman, by and through their undersigned counsel, respectfully submits this Motion to Continue Sentencing Hearing. He respectfully requests that this Court vacate the sentencing hearing currently scheduled for January 29, 2025, for one week. He also requests that the deadline for materials in support of sentencing be set for one week before the new sentencing hearing date. The government does not oppose the relief requested in this Motion.

The Court continued Mr. Jackman's previously set sentencing hearing in order to allow U.S. Probation to complete a Presentence Investigation Report. The Court set the Sentencing Hearing for January 29, 2025, with materials in support due January 22nd. Defense counsel will be out of the jurisdiction for the entire week of January 20th and will not be able to submit materials that week.

As a result, counsel for Mr. Jackman requests a sentencing hearing date no earlier than February 4, 2025 and for materials in support to be set for one week prior to that day.

### Conclusion

Mr. Jackman respectfully requests that this Court grant his Motion, vacate the sentencing

hearing scheduled for January 29, 2025 and reset the hearing for a date on or after February 3, 2025 and to reset deadlines for materials in support of sentencing for one week prior to that date.

        Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

*/s/ Eugene Ohm*
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, Suite 550
Washington, D.C. 20004
(202) 208-7500